628

424 A.2d 553

Commonwealth v. Feaser, Appellant.

Submitted December 8, 1978. John C. Tylwalk, Assistant Public Defender, for appellant; David J. Brightbill, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

The judgment of sentence of the lower court is hereby affirmed.

PRICE, J., concurred in the result.

424 A.2d 553

Commonwealth v. Jeffers, Appellant.

Submitted September 13, 1979. Eugene H. Clarke, Jr., for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.